UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

S.S.K. Nanduri
                      Plaintiff,

v.                                               Case No.: 1:18−cv−06524
                                                 Honorable Elaine E. Bucklo

Gogo Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 12, 2018:

      MINUTE entry before the Honorable Elaine E. Bucklo: Motion hearing held. Joint motion to stay [23] is granted. Order to follow. Status hearing is set for 07/18/2019 at 9:30 a.m. Mailed notice. (jjr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.